# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO RAMIREZ,**<br>Plaintiff,<br><br>vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br>Defendant. | Case No. 2:14-cv-04025-BRO-JPR<br><br>**ORDER TO DISMISS** |

  IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: June 23, 2014    _____
                         HONORABLE BEVERLY REID O'CONNELL
                         UNITED STATES DISTRICT COURT JUDGE